OPINION OF THE COURT
 

 Memorandum.
 

 The order appealed from should be reversed, with costs, and summary judgment granted in favor of the plaintiff, declaring that defendant occupies the subject premises as a month-to-month tenant rather than as a tenant under a valid and existing lease. We find as a matter of law that the letter of June 2, 1975 was merely an expression of intent to exercise the option to renew the lease at some future time, and was not in and of itself an exercise of that option. Since no further steps were taken by defendant prior to the expiration of the option clause in the lease, the option was never exercised prior to its termination. In view of this conclusion, we do not reach any of the other issues argued by the parties.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur.
 

 Order reversed, with costs, and summary judgment granted in favor of plaintiff in accordance with the memorandum herein.